# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

**JUDGMENT IN A CIVIL CASE**

ROBERT L. LAROSE,

    Plaintiff,

**V.**                          Case No. 06-3048-CV-S-JTM-SSA

MICHAEL J. ASTRUE,

    Defendant.

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED**

        that the decision of the Commissioner is affirmed.
        (Date of Order: March 16, 2007.)

                                                               P. L. BRUNE
                                                               CLERK OF COURT

                                                               /s/ *Bonnie J. Rowland*
                                                               (By) Deputy Clerk